**UNITED STATES BANKRUPTCY COURT**
**for the Western District of Virginia**
**Lynchburg Division**

| | |
|---|---|
| **In re: Debra Anne Webber** | **CASE NO. 15–60286** |
| **Debtor(s)** | **CHAPTER 13** |

**ORDER DISMISSING CASE**

For the reasons set forth in the Notice or Motion, and for good cause shown, it is

O R D E R E D

that the above case(s) and all related pending motions and adversary proceedings arising therein, unless on appeal, be, and the same hereby are, dismissed.

It is further

O R D E R E D

that upon the trustee filing a final report herein, the same shall be deemed approved without further order, trustee's bond shall be released and the trustee shall be discharged from further liability herein unless proper objection is made to said final report within thirty (30) days after filing of same or such extended time as may be granted upon proper application made within said thirty (30) day period. If the Discharge Order has been issued, the same is recinded.

If the case is a Chapter 13 case, it is further

O R D E R E D

that the employer, if heretofore ordered to do so, shall cease making deductions from debtor(s)' wages to be paid to the trustee. In the alternative, if the debtor(s) established electronic payments to be paid to the trustee, the debtor or the trustee, if able, should immediately cease all future scheduled payments, if any.

Service of a copy of this Order shall be by mail to the debtor(s), attorney for the debtor(s), trustee, employer, if applicable, U.S. Trustee, and all parties on the current mailing matrix.

**Entered:** 7/14/15

*Rebecca B Connelly*
REBECCA B. CONNELLY, JUDGE

van02.jsp

```
                              United States Bankruptcy Court
                              Western District of Virginia
In re:                                                                    Case No. 15-60286-rbc
Debra Anne Webber                                                         Chapter 13
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0423-6          User: matherlyl              Page 1 of 2                  Date Rcvd: Jul 14, 2015
                              Form ID: van02               Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 16, 2015.
db             +Debra Anne Webber,    7 Glen Burnie Rd,    Palmyra, VA 22963-3239
4076052        +Cawley & Bergmann, LLP,    117 Kinderkamack Rd, Ste 201,    River Edge, NJ 07661-1916
4084885        +Central Telephone Company of Virginia d/b/a Centur,    CenturyLink Bankruptcy,    359 Bert Kouns,
                 Shreveport, LA 71106-8124
4076053        +Charlottesville Bureau,    Po Box 83,    Staunton, VA 24402-0083
4076056        +Dominion Law Associates,    222 Central Park Avenue Ste.210,    Virginia Beach, VA 23462-3024
4076058        +Eos Cca,   Po Box 981008,    Boston, MA 02298-1008
4099620        +EverBank,   1400 Turbine Drive,    Suite 200,    Rapid City, SD 57703-4719
4142744        +EverBank,   c/o Mark D. Meyer, Esq.,    Rosenberg & Associates, LLC,
                 7910 Woodmont Avenue, Suite 750,    Bethesda, Maryland 20814-7071
4076060        +Fluvanna County Treasurer,    PO BOX 299,    Palmyra, VA 22963-0299
4076062        +Ginnys/Swiss Colony Inc,    Attn: Bankruptcy,    1112 7th Ave,    Monroe, WI 53566-1364
4076070       ++LENDMARK FINANCIAL SERVICES LLC,    2118 USHER STREET,    COVINGTON GA 30014-2434
                (address filed with court: Lendmark Financial Ser,     2118 Usher St Nw,    Covington, GA 30014)
4076069        +Lake Monticello Owners' Association,    41 Ashlawn Blvd,    Lake Monticello, VA 22963-3330
4076073        +Palmyra Family Medicine,    17 Centre Ct,    Palmyra, VA 22963-2330
4076074        +Palmyra Medical Associates,    17 Centre Ct,    Palmyra, VA 22963-2330
4076075        +Pender & Coward PC,    Sarah J Zecca,    222 Central Park Avenue,    Virginia Beach, VA 23462-3022
4076076        +Pinnacle Credit Service,    Attn: Bankruptcy,    Po Box 640,    Hopkins, MN 55343-0640
4076078        +Regional Acceptance Corporation,    PO Box 277760,    Sacramento, CA 95827-7760
4076079        +Rosenberg & Associates LLC,    8601 Westwood Center Dr Ste 255,    Vienna, VA 22182-2287
4076080        +Seventh Avenue,    1112 7th Avenue,    Monroe, WI 53566-1364
4097640        +Seventh Avenue,    c/o Creditors Bankruptcy Service,    P.O. Box 800849,    Dallas, TX 75380-0849
4076083        +US Cellular,    8410 W Bryn Mawr Ave,    Chicago, IL 60631-3418
4076082        +Universal Fidelity, LP,    PO Box 219785,    Houston, TX 77218-9785

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4076050         EDI: CINGMIDLAND.COM Jul 14 2015 22:03:00      AT&T Mobility,   PO Box 536216,
                 Atlanta, GA 30353-6216
4086568         EDI: AIS.COM Jul 14 2015 22:04:00      American InfoSource LP as agent for,
                 Midland Funding LLC,    PO Box 268941,    Oklahoma City, OK 73126-8941
4076051        +E-mail/Text: bankruptcy@cavps.com Jul 14 2015 22:13:13      Calvary Portfolio Services,
                 Attention: Bankruptcy Department,    500 Summit Lake Dr. Suite 400,    Valhalla, NY 10595-1340
4079421        +E-mail/Text: bankruptcy@cavps.com Jul 14 2015 22:13:13      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-1340
4076054        +E-mail/Text: bkrpt01@maxprofitsys.com Jul 14 2015 22:13:02      Charlottesville Bureau,
                 3690 Dobleann Dr,   Charlottesville, VA 22911-9088
4076055         EDI: RCSFNBMARIN.COM Jul 14 2015 22:03:00      Credit One Bank N.A.,    625 Pilot Rd,
                 Las Vegas, NV 89119-4485
4076059        +EDI: AMINFOFP.COM Jul 14 2015 22:03:00      First Premier Bank,    3820 N Louise Ave,
                 Sioux Falls, SD 57107-0145
4076063         EDI: RMSC.COM Jul 14 2015 22:04:00      Green Tree Servicing L,    332 Minnesota St Ste 610,
                 Saint Paul, MN 55101
4078839        +EDI: RMSC.COM Jul 14 2015 22:04:00      Green Tree Servicing LLC,    7340 S. Kyrene Rd.,
                 Recovery Dept - T120,    Tempe, AZ 85283-4573
4076065         EDI: HFC.COM Jul 14 2015 22:04:00      HSBC Nevada Bank,    1111 N Town Center Dr,
                 Las Vegas, NV 89144-6364
4076068         EDI: IRS.COM Jul 14 2015 22:04:00      Internal Revenue Service,    Insolvency Unit,
                 400 N 8th St Ste 76,    Richmond, VA 23219-4836
4076071        +EDI: MID8.COM Jul 14 2015 22:03:00      Midland Funding,    8875 Aero Dr Ste 200,
                 San Diego, CA 92123-2255
4076077         EDI: PRA.COM Jul 14 2015 22:03:00      Portfolio Recovery,    Attn: Bankruptcy,    Po Box 41067,
                 Norfolk, VA 23541
4086725         E-mail/PDF: RACBANKRUPTCY@BBANDT.COM Jul 14 2015 22:06:41       Regional Acceptance Corporation,
                 PO Box 1847,   Wilson, NC 27894-1847
4076081        +E-mail/Text: bankruptcy@sw-credit.com Jul 14 2015 22:13:03      Southwest Credit Syste,
                 4120 International Pkwy Ste 1100,    Carrollton, TX 75007-1958
4076084        +EDI: AFNIVZWIRE.COM Jul 14 2015 22:03:00      Verizon,    Attn: Bankruptcy,    Po Box 3397,
                 Bloomington, IL 61702-3397
4076085         E-mail/Text: bkr@taxva.com Jul 14 2015 22:13:27      Virginia Department of Taxation,
                 Bankruptcy Unit,    PO Box 2156,    Richmond, VA 23218-2156
                                                                                              TOTAL: 17

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +EverBank,   1400 Turbine Drive,    Suite 200,    Rapid City, SD 57703-4719
cr*            +EverBank,   1400 Turbine Drive,    Suite 200,    Rapid City, SD 57703-4719
4076057*       +Dominion Law Associates,    222 Central Park Avenue Ste.210,    Virginia Beach, VA 23462-3024
4142513*       +EverBank,   1400 Turbine Drive,    Suite 200,    Rapid City, SD 57703-4719
4076061*       +Fluvanna County Treasurer,    PO BOX 299,    Palmyra, VA 22963-0299
4076064*     ++++GREEN TREE SERVICING L,    332 MINNESOTA ST STE E610,    SAINT PAUL MN  55101-1311
                (address filed with court: Green Tree Servicing L,     332 Minnesota St Ste 610,
                 Saint Paul, MN 55101)
4078840*       +Green Tree Servicing LLC,    7340 S. Kyrene Rd.,    Recovery Dept - T120,    Tempe, AZ 85283-4573
4076066*        HSBC Nevada Bank,    1111 N Town Center Dr,    Las Vegas, NV 89144-6364
```

```
District/off: 0423-6           User: matherlyl            Page 2 of 2            Date Rcvd: Jul 14, 2015
                               Form ID: van02             Total Noticed: 39

             ***** BYPASSED RECIPIENTS (continued) *****
4076067*          Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
4076072*         +Midland Funding,    8875 Aero Dr Ste 200,   San Diego, CA 92123-2255
                                                                                          TOTALS: 0, * 10, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 16, 2015                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 14, 2015 at the address(es) listed below:
              Larry L. Miller    on behalf of Plaintiff Debra Anne Webber millerlawgrouppc@millerlawgrouppc.com,
               jessie@larrylmillerpc.com;larrylmillerbankruptcy@gmail.com
              Larry L. Miller    on behalf of Debtor Debra Anne Webber millerlawgrouppc@millerlawgrouppc.com,
               jessie@larrylmillerpc.com;larrylmillerbankruptcy@gmail.com
              Mark David Meyer    on behalf of Creditor    EverBank bk@rosenberg-assoc.com
              USTrustee    USTPRegion04.RN.ECF@usdoj.gov
                                                                                             TOTAL: 4
```